IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'09 NOV 23 14:54 USDC-ORP

MARTIN ROMERO,

        Petitioner,

v.

JEAN HILL,

        Respondent.

No. CV 07-917-PK

OPINION & ORDER

**MOSMAN, J.,**

On July 20, 2009, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#44) in the above-captioned case recommending that I DENY petitioner's Petition for Writ of Habeas Corpus (#1) and DISMISS this case with prejudice. Petitioner filed objections (#55) to the F&R and respondent filed a Response (#58).

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate

PAGE 1 - OPINION & ORDER

judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R (#44) as my own opinion.

IT IS SO ORDERED.

DATED this 23 day of November, 2009.

MICHAEL W. MOSMAN
United States District Court